UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| JOSHUA DONALD TARTER,<br><br>    Plaintiff,<br><br>v.<br><br>NAVIGATORS INSURANCE COMPANY,<br><br>    Defendant. | CIVIL ACTION NO. 5:20-240-KKC<br><br><br><br>JUDGMENT |

\*\*\* \*\*\* \*\*\*

In accordance with the Order and Opinion entered contemporaneously, the Court hereby ORDERS and ADJUDGES as follows:

1. Defendant Navigators Insurance Company's motion to dismiss for failure to state a claim (DE 14) is GRANTED;

2. All other pending motions are DENIED (DE 4; DE 25; DE 26) as moot;

3. This action is STRICKEN from the Court's active docket; and

4. This judgment is FINAL and APPEALABLE, and there is no just cause for delay.

Dated January 15, 2021



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY